| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** RIVERSIDE DIVISION

| In re:<br><br>**Keiairra Malaii Grant** | CASE NO.:<br>CHAPTER: **7** |
|---|---|
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: ___07/21/2026___   Keiairra Malaii Grant_____     _____
                              Printed name of Debtor 1                              Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____   _____   _____
                          Printed name of Debtor 2                Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.



***Did You Know That Insperity Premier(TM) is the Place to Go for your...***

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

| | | |
|---|---|---|
| **Employee: GRANT, KEIAIRRA MALAII** | Employee ID: 4847208 | Check #: 100326264 |
| Company: SARES REGIS OPERATING COMPANY LP (6058410) | | |
| 3501 JAMBOREE RD STE 3000 | Pay Date: 07/15/2026 | Pay Type: Hourly |
| NEWPORT BEACH, CA 92660 | PayPeriod: 06/25/2026 To 07/08/2026 | Department: D6591 |
| Phone: (949) 756 5959 | Pay Frequency: SemiMonthly | Location: 2230 |
| Gross Earnings: 2,672.51    Total Taxes: 239.19    Total Deductions: 0.00 | | Net Pay: 2,433.32 |

**Earnings**

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| | | **Current Pay Period** | | | | |
| Rate 1 - Reg | 06/25/2026 | 06/28/2026 | 30.00 | 21.00 | 630.00 | ** |
| OnCall CA - Reg | 06/25/2026 | 06/28/2026 | 2.00 | 21.00 | 42.00 | 126.00 |
| Cell Stipend - Reg | 06/25/2026 | 07/08/2026 | | | 10.00 | 130.00 |
| Rate 1 - Reg | 06/29/2026 | 07/05/2026 | 23.90 | 21.00 | 501.90 | ** |
| Rate 1 - OT | 06/29/2026 | 07/05/2026 | 0.01 | 31.50 | | -137.54 |
| Holiday | 06/29/2026 | 07/05/2026 | 8.00 | 21.00 | 168.00 | 756.00 |
| Floating Holiday | 06/29/2026 | 07/05/2026 | 8.00 | 21.00 | 168.00 | 336.00 |
| Computed OT | 06/29/2026 | 07/05/2026 | 0.28 | 32.74 | 9.28 | ** |
| Rate 1 - Reg | 07/06/2026 | 07/08/2026 | 8.00 | 21.00 | 168.00 | 20,960.80 |
| | | **Other Pay Periods** | | | | |
| Rate 1 - OT | 06/01/2026 | 06/07/2026 | -0.08 | 31.50 | -2.63 | ** |
| Computed OT | 06/01/2026 | 06/07/2026 | 0.08 | 34.77 | 2.90 | ** |
| Rate 1 - OT | 06/08/2026 | 06/08/2026 | -0.03 | 31.50 | -1.05 | ** |
| Computed OT | 06/08/2026 | 06/14/2026 | 0.21 | 34.14 | 7.40 | ** |

| | | | | | |
|---|---|---|---|---|---|
| Rate 1 - OT | 06/09/202606/14/2026 | -0.18 | 31.50 | -5.78 | ** |
| Rate 1 - OT | 06/15/202606/21/2026 | -2.20 | 31.50 | -69.29 | ** |
| Computed OT | 06/15/202606/21/2026 | 2.20 | 34.11 | 75.05 | ** |
| NewLeaseIncentive - Reg | 06/01/202606/30/2026 | | | 600.00 | 4,000.00 |
| Renewal Incentive - Reg | 06/01/202606/30/2026 | | | 300.00 | 1,560.00 |
| Computed OT | 06/22/202606/28/2026 | 1.98 | 34.65 | 68.73 | 737.06 |

### Previous Insperity wages paid / Other wages paid

| | |
|---|---|
| Vacation - Reg | 515.55 |
| Sick | 859.25 |
| OnCall Guarantee - Reg | 84.00 |
| Missed Meal Break Adj | 54.14 |
| Missed Meal Occurrences | 189.00 |
| **Gross** | **82.17** | **2,672.5130,170.26** |

** YTD is represented on another row

## Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| **Total** | **0.00** | **0.00** |
| | | |
| **After Tax** | | |
| **Total** | **0.00** | **0.00** |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 0.00 | 0.00 |
| CA SIT | 0.00 | 0.00 |
| CA SDI | 34.74 | 392.22 |
| SocSec | 165.70 | 1,870.57 |
| Medicare | 38.75 | 437.45 |
| **Total** | **239.19** | **2,700.24** |

## Direct Deposit Information

| Routing Number | Account Number | Amount |
|---|---|---|
| ########1627 | ########6906 | 2,433.32 |

## Federal Tax Withholding Elections

Filing Status: Single or Married filing separately

Two Jobs: No

Claim Dependents: $ 0.00

Deductions: $ 0.00

Extra Withholding: $ 0.00

Exempt: Yes

## Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|
| Vacation | 60.840 | 26.550 | 34.290 Hours |
| Sick | 48.230 | 40.920 | 7.310 Hours |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

## Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 30,170.26 |
| Social Security | 30,170.26 |
| Medicare | 30,170.26 |



### *Did You Know That Insperity Premier(TM) is the Place to Go for your...*

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

| | | |
|---|---|---|
| **Employee: GRANT, KEIAIRRA MALAII** | Employee ID: 4847208 | Check #: 99604178 |
| Company: SARES REGIS OPERATING COMPANY LP (6058410) | | |
| 3501 JAMBOREE RD STE 3000 | Pay Date: 06/15/2026 | Pay Type: Hourly |
| NEWPORT BEACH, CA 92660 | PayPeriod: 05/25/2026 To 06/08/2026 | Department: D6591 |
| Phone: (949) 756 5959 | Pay Frequency: SemiMonthly | Location: 2230 |
| Gross Earnings: 3,012.05   Total Taxes: 269.58 | Total Deductions: 0.00 | Net Pay: 2,742.47 |

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Rate 1 - Reg | 05/25/2026 | 05/31/2026 | 24.00 | 21.00 | 504.00 | ** |
| Holiday | 05/25/2026 | 05/31/2026 | 8.00 | 21.00 | 168.00 | 588.00 |
| Floating Holiday | 05/25/2026 | 05/31/2026 | 8.00 | 21.00 | 168.00 | 168.00 |
| Computed OT | 05/25/2026 | 05/31/2026 | 0.10 | 36.65 | 3.67 | ** |
| Cell Stipend - Reg | 05/25/2026 | 06/08/2026 | | | 10.00 | 110.00 |
| Rate 1 - Reg | 06/01/2026 | 06/07/2026 | 32.00 | 21.00 | 672.00 | ** |
| Sick | 06/01/2026 | 06/07/2026 | 8.00 | 21.00 | 168.00 | 859.25 |
| OnCall CA - Reg | 06/01/2026 | 06/07/2026 | 2.00 | 21.00 | 42.00 | 42.00 |
| Computed OT | 06/01/2026 | 06/07/2026 | 0.08 | 32.15 | 2.68 | 503.25 |
| Rate 1 - Reg | 06/08/2026 | 06/08/2026 | 8.00 | 21.00 | 168.00 | 18,031.30 |
| Rate 1 - OT | 06/08/2026 | 06/08/2026 | 0.04 | 31.50 | 1.05 | -64.57 |
| **Other Pay Periods** | | | | | | |
| Rate 1 - OT | 04/27/2026 | 05/03/2026 | -0.20 | 31.50 | -6.30 | ** |
| Computed OT | 04/27/2026 | 05/03/2026 | 0.20 | 32.83 | 6.57 | ** |

| Description | Dates | | Hours/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Rate 1 - OT | 05/04/2026 | 05/08/2026 | -0.63 | 31.50 | -19.95 | ** |
| Computed OT | 05/04/2026 | 05/10/2026 | 0.90 | 34.54 | 31.09 | ** |
| Rate 1 - OT | 05/09/2026 | 05/10/2026 | -0.27 | 31.50 | -8.40 | ** |
| Rate 1 - OT | 05/11/2026 | 05/17/2026 | -0.25 | 31.50 | -7.88 | ** |
| Computed OT | 05/11/2026 | 05/17/2026 | 0.25 | 35.35 | 8.84 | ** |
| Rate 1 - OT | 05/18/2026 | 05/24/2026 | -0.22 | 31.50 | -6.82 | ** |
| Computed OT | 05/18/2026 | 05/24/2026 | 0.22 | 34.60 | 7.50 | ** |
| NewLeaseIncentive - Reg | 05/01/2026 | 05/31/2026 | | | 800.00 | 3,400.00 |
| Renewal Incentive - Reg | 05/01/2026 | 05/31/2026 | | | 300.00 | 1,260.00 |

### Previous Insperity wages paid / Other wages paid

| Description | | | | | | Amount |
|---|---|---|---|---|---|---|
| Vacation - Reg | | | | | | 515.55 |
| OnCall Guarantee - Reg | | | | | | 84.00 |
| Missed Meal Break Adj | | | | | | 54.14 |
| Missed Meal Occurrences | | | | | | 189.00 |
| **Gross** | | | **90.22** | | **3,012.05** | **25,739.92** |

** YTD is represented on another row

## Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| **Total** | **0.00** | **0.00** |
| | | |
| **After Tax** | | |
| **Total** | **0.00** | **0.00** |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 0.00 | 0.00 |
| CA SIT | 0.00 | 0.00 |
| CA SDI | 39.16 | 334.63 |
| SocSec | 186.75 | 1,595.88 |
| Medicare | 43.67 | 373.21 |
| **Total** | **269.58** | **2,303.72** |

## Direct Deposit Information

| Routing Number | Account Number | Amount |
|---|---|---|
| ########1627 | ########6906 | 2,742.47 |

## Federal Tax Withholding Elections

Filing Status: Single or Married filing separately

Two Jobs: No

Claim Dependents: $ 0.00

Deductions: $ 0.00

Extra Withholding: $ 0.00

Exempt: Yes

## Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|
| Vacation | 54.160 | 26.550 | 27.610 Hours |
| Sick | 43.410 | 40.920 | 2.490 Hours |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

## Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 25,739.92 |
| Social Security | 25,739.92 |
| Medicare | 25,739.92 |

Insperity PEO Services, L.P.

19001 Crescent Springs Drive, Kingwood, TX 77339-3802    866-715-3552

 **Insperity**

### *Did You Know That Insperity Premier(TM) is the Place to Go for your...*

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee: GRANT, KEIAIRRA MALAII**     Employee ID: 4847208     Check #: 99296470

Company: SARES REGIS OPERATING COMPANY LP (6058410)

3501 JAMBOREE RD STE 3000     Pay Date: 05/29/2026     Pay Type: Hourly

NEWPORT BEACH, CA 92660     PayPeriod: 05/09/2026 To 05/24/2026     Department: D6591

Phone: (949) 756 5959     Pay Frequency: SemiMonthly     Location: 2230

Gross Earnings: 2,045.60     Total Taxes: 183.08     Total Deductions: 0.00     Net Pay: 1,862.52

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Rate 1 - Reg | 05/09/2026 | 05/10/2026 | 15.98 | 21.00 | 335.65 | ** |
| Rate 1 - OT | 05/09/2026 | 05/10/2026 | 0.27 | 31.50 | 8.40 | ** |
| Cell Stipend - Reg | 05/09/2026 | 05/24/2026 | | | 10.00 | 100.00 |
| Rate 1 - Reg | 05/11/2026 | 05/17/2026 | 31.98 | 21.00 | 671.65 | ** |
| Rate 1 - OT | 05/11/2026 | 05/17/2026 | 0.25 | 31.50 | 7.88 | ** |
| Vacation - Reg | 05/11/2026 | 05/17/2026 | 8.00 | 21.00 | 168.00 | 515.55 |
| Rate 1 - Reg | 05/18/2026 | 05/24/2026 | 39.87 | 21.00 | 837.20 | 16,687.30 |
| Rate 1 - OT | 05/18/2026 | 05/24/2026 | 0.21 | 31.50 | 6.82 | -16.27 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Sick | | | | | | 691.25 |
| Holiday | | | | | | 420.00 |

| | | |
|---|---|---|
| OnCall Guarantee - Reg | | 84.00 |
| Missed Meal Break Adj | | 54.14 |
| Computed OT | | 442.90 |
| Missed Meal Occurrences | | 189.00 |
| NewLeaseIncentive - Reg | | 2,600.00 |
| Renewal Incentive - Reg | | 960.00 |
| **Gross** | **96.56** | **2,045.60 22,727.87** |

** YTD is represented on another row

## Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| **Total** | **0.00** | **0.00** |
| | | |
| **After Tax** | | |
| **Total** | **0.00** | **0.00** |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 0.00 | 0.00 |
| CA SIT | 0.00 | 0.00 |
| CA SDI | 26.59 | 295.47 |
| SocSec | 126.83 | 1,409.13 |
| Medicare | 29.66 | 329.54 |
| **Total** | **183.08** | **2,034.14** |

## Direct Deposit Information

| Routing Number | Account Number | Amount |
|---|---|---|
| ########1627 | ########6906 | 1,862.52 |

## Federal Tax Withholding Elections

Filing Status: Single or Married filing separately

Two Jobs: No

Claim Dependents: $ 0.00

Deductions: $ 0.00

Extra Withholding: $ 0.00

Exempt: Yes

## Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|
| Vacation | 50.820 | 26.550 | 24.270 Hours |
| Sick | 41.270 | 32.920 | 8.350 Hours |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

## Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 22,727.87 |
| Social Security | 22,727.87 |
| Medicare | 22,727.87 |

Insperity PEO Services, L.P.     19001 Crescent Springs Drive, Kingwood, TX 77339-3802     866-715-3552