United States Bankruptcy Court

Central District of California

In re: Case No. 26-15909-RB
Keiairra Malaii Grant Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6 User: admin Page 1 of 2
Date Rcvd: Nov 02, 2026 Form ID: 318a Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Keiairra Malaii Grant, 11560 Magnolia Ave Apt 1021, Riverside, CA 92505-7732 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FTAFREALY | Nov 03 2026 04:47:00 | Todd A. Frealy (TR), 301 E. Vanderbilt Way, Suite 430, San Bernardino, CA 92408-3512 |
| smg | | EDI: CALTAXFEE | Nov 03 2026 04:47:00 | California Department of Tax and Fee Administratio, Collections Support Bureau, MIC 29, PO Box 942879, Sacramento, CA 94279-0029 |
| smg | | EDI: EDD.COM | Nov 03 2026 04:47:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Nov 03 2026 04:47:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 43225598 | | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 03 2026 00:27:29 | Affirm, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 43225599 | | Email/PDF: bncnotices@becket-lee.com | Nov 03 2026 00:27:13 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 43225600 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 03 2026 01:07:00 | American Honda Finance, PO Box 168128, Irving, TX 75016-8128 |
| 43225601 | | EDI: CAPITALONE.COM | Nov 03 2026 04:41:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 43225602 | | EDI: JPMORGANCHASE | Nov 03 2026 04:41:00 | Chase Bank, PO Box 15369, Wilmington, DE 19850-5369 |
| 43225603 | + | EDI: CRFRSTNA.COM | Nov 03 2026 04:41:00 | Credit First, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 43225604 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 03 2026 01:06:00 | Goldman Sachs / Apple Card, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 43225605 | | Email/Text: customerservice.us@klarna.com | Nov 03 2026 01:05:00 | Klarna, 629 N High St Fl 300, Columbus, OH 43215-2929 |
| 43225606 | | Email/Text: bankruptcy@reprisefinancial.com | Nov 03 2026 01:06:00 | Reprise Financial, 920 Justison St, Wilmington, DE 19801 |
| 43225607 | | EDI: SYNC | Nov 03 2026 04:41:00 | Synchrony / Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 43225608 | | Email/Text: UpStart@ebn.phinsolutions.com | Nov 03 2026 01:06:00 | Upstart / FinWise Bank, PO Box 1503, San Carlos, CA 94070-7503 |
| 43225609 | | EDI: WFNNB.COM | | |

| | |
|---|---|
| Nov 03 2026 04:41:00 | Zales Credit Card, 3095 Loyalty Cir Bldg A, Columbus, OH 43219-3673 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Keiairra Malaii Grant bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Todd A. Frealy (TR) | taftrustee@lnbyb.com taf@trustesolutions.net |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

Debtor 1 Keiairra Malaii Grant
First Name Middle Name Last Name

Social Security number or ITIN xxx–xx–3666
EIN _ _–_ _ _ _ _ _ _

Debtor 2 (Spouse, if filing)
First Name Middle Name Last Name

Social Security number or ITIN _ _ _ _
EIN _ _–_ _ _ _ _ _ _

United States Bankruptcy Court Central District of California

Case number: 6:26–bk–15909–RB

# Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Keiairra Malaii Grant

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 11/2/26

**Dated:** 11/2/26

**By the court:** Magdalena Reyes Bordeaux
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**11/AUTU**

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**